No. 263.  UTAH ET AL. *v.* BRADLEY ESTATES, INC. ET AL. C. A. 10th Cir.  Certiorari denied.  *E. R. Callister, Jr.,* Attorney General of Utah, and *Peter W. Billings,* Special Assistant Attorney General, for petitioners.  *Dennis McCarthy* for respondents.

No. 264.  WISCONSIN EX REL. SAVELAND PARK HOLD-ING CORP. *v.* WIELAND, BUILDING INSPECTOR.  Supreme Court of Wisconsin.  Certiorari denied.  *Emil Hersh* and *David V. Jennings, Jr.* for petitioner.  *Maxwell H. Herriott* for respondent.

No. 266.  HOEPKER ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Hayden C. Covington* for petitioners.  *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 267.  POMORSKI *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.  *Hayden C. Covington* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 268.  DIERCKS *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.  *Hayden C. Covington* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 270.  LINDSTROM *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  *Joseph F. McVeigh, Francis J. Myers* and *Cornelius C. O'Brien* for petitioner.  *Solicitor General Sobeloff, Assistant Attorney General Holland* and

842

*Joseph M. Howard* for the United States.

No. 272. LEWIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Wayne L. Prim* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Joseph M. Howard* for the United States.

No. 274. BAKER ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Harold Dublirer* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *William W. Goodrich* for the United States.

No. 279. INGLE COAL CORP. *v.* UNITED STATES. Court of Claims. Certiorari denied. *John E. McClure* and *William P. McClure* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Harry Baum* for the United States.

No. 280. UNITED STATES *v.* TANNER ET AL. Court of Claims. Certiorari denied. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States. *Burr Tracy Ansell* for respondents.

No. 283. TURNER, GUARDIAN, *v.* BELL ET AL. Supreme Court of Tennessee. Certiorari denied. *Bailey Walsh* for petitioner. *Cooper Turner, Jr.* for Gill, Trustee, et al., respondents.

No. 285. E. REGENSBURG & SONS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Arthur B. Hyman* for